FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

<u>OCALA</u>   Division

2009 DEC -7 AM 11: 34

CLERK, U.S. DISTRICT COURT
OCALA, FLORIDA

**CIVIL RIGHTS COMPLAINT FORM**

NATHANIEL SCOTT

CASE NUMBER: 5:09-cv-538-Oc-10GRJ
(To be supplied by Clerk's Office)

(Enter <u>full name</u> of each <u>Plaintiff</u> and prison number, if applicable)

v.

WILLIARD POPE

JAY KUBICA

JERRY W. BURFORD

(Enter <u>full name</u> of each <u>Defendant</u>. If additional space is required, use the blank area directly to the right).

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I.  PLACE OF PRESENT CONFINEMENT: MARION COUNTY JAIL
(Indicate the name and location)

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (X)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)?  Yes ( )  No (X)

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status?  Yes ( )  No (X)

      a. If so, did you go through the informal grievance, formal grievance and appeal process?  Yes ( )  No (X)

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)                                    2

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (X)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. Formal Grievance (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (X)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (X)

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (X)

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __27th__ day of __November__, 2 __009__.

_____
Signature of Plaintiff

III. <u>DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?</u> Yes ( ) No (X)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (X) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No (X)

C. If your answer is YES:

   1. What steps did you take? _____

   2. What were the results? _____

   3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: MY COMPLAINT DOES NOT CONCERN ANY MATTERS AT THE MARION COUNTY JAIL.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 27th day of November, 2009.

_____
Signature of Plaintiff

IV. **PREVIOUS LAWSUITS**:

   A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

   B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

   C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____

   4. Name of judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _____

   7. Approximate filing date: _____

   8. Approximate disposition date: _____

   D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

DC 225 (Rev. 9/03)

5

_____
_____
_____
_____
_____

V. PARTIES: In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: NATHANIEL SCOTT

   Mailing address: 700 NW 30th AVE

   OCALA, FL. 34475

B. Additional Plaintiffs: _____
_____
_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: WILLIARD POPE

   Mailing Address: 110 NW 1st AVE

   OCALA, FL. 34475

   Position: JUDGE

   Employed at: MARION COUNTY CIRCUIT COURT

D. Defendant: JAY KUBICA

   Mailing Address: 19 NW PINE AVE

   OCALA, FL. 34475

   Position: ASSISTANT STATE ATTORNEY

   Employed at: MARION COUNTY STATE ATTORNEY'S OFFICE

E. Defendant: JERRY W. BURFORD
   Mailing Address: 204 NW 3RD AVE
   OCALA, FL. 34475
   Position: ASSISTANT PUBLIC DEFENDER
   Employed at: MARION COUNTY PUBLIC DEFENDER'S OFFICE

F. Defendant: _____
   Mailing Address: _____
   Position: _____
   Employed at: _____

G. Defendant: _____
   Mailing Address: _____
   Position: _____
   Employed at: _____

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

That my legal due process, and my equal protection of the law, as it is guaranteed by the Constitution of the United States of America is being deliberatly and flagrantly violated.

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

Judge Willard Pope, I have verifiable evidence of undo exhibits of prejudice against my person which is equivalent to abuse of power. (Exhibit Record 3/13/09, 5/11/09, 8/3/09, 9/21/09, 11/23/09) Also conspiring with Jay Kubica, and Jerry W. Burford, to undermine and deprive me of my liberty by violating my legal due process and equal protection of the law, as it is guaranteed by the Constitution of the United States of America.

Jay Kubica, has implemented malicious prosecution and abuse

Statement of Facts, continued:

OF OFFICE, UNDER THE COLOR OF LAW. ALSO CONSPIRING WITH JERRY W. BURFORD, AND WILLIARD POPE, TO DEPRIEVE ME OF EQUAL PROTECTION OF THE LAW BY TAMPERING WITH CRUCIAL EVIDENCE IN MY CASE, SO AS TO UNDERMINE AND SABOTAGE ANY LEGAL DUE PROCESS, AS IT IS GUARANTEED UNDER THE CONSTITUTION OF THE UNITED STATES OF AMERICA. (HAVE COURT MINUTES EXHIBITS 1/13/09, 5/11/09, 9/15/09, 9/21/09, 11/23/09).

JERRY W. BURFORD, COMITTED THE ACT OF DELIBERT PERJURY UNDER OATH ON SEPT 15, 2009, SEPT 21, 2009, OCT 12, 2009, NOV 23, 2009 BY GIVING FALSE TESTIMONIES IN A EFFORT TO CONSPIRE AND HELP JAY KUBICA. AND JUDGE WILLIARD POPE, TO DEPRIEVE ME OF MY LIBERTY AND EQUAL PROTECTION OF THE LAW AS IT IS SO GUARANTEED IN THE ARTICLES OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA.

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I WOULD REQUEST A SUMMARY JUDGEMENT SO THAT I COULD HAVE A CHANGE OF VENUE FROM THIS OFFICIAL CONSPIRACY WHICH IS DEPRIVING ME OF HAVING A FAIR AND IMPARTIAL TRIAL IN THIS COUNTY.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 27th day of November, 2 2009.

(Signatures of all Plaintiffs)